Reginald L. McCoy #11732.018
Name and Prisoner/Booking Number
United States Penitentiary Atwater
Place of Confinement
P.O. Box 019001
Mailing Address
Atwater, LA 95301
City, State, Zip Code

**FILED**

JUN 27 2022

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Reginald L. McCoy.
(Full Name of Plaintiff)              Plaintiff,

v.

(1) United States, A. Liolli
(Full Name of Defendant)
(2) Warden B.M. Trate
(3) AHSA K. Silva
(4) 25 Staff Mem. Test P.COVID-
19 names unk    Defendant(s).
☐ Check if there are additional Defendants and attach page 1-A listing them.

)
)
)
)
)
)    CASE NO. 1:22 CV 000789 BAM (PC)
)    (To be supplied by the Clerk)
)
)
)    **CIVIL RIGHTS COMPLAINT**
)    **BY A PRISONER**
)
)    ☑ Original Complaint
)    ☐ First Amended Complaint
)    ☐ Second Amended Complaint
)
"Request Jury trial"

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☑ Other: 18 U.S.C. § 242 and California Civil Code §52.1 (c)
   18 U.S.C. § 4042(a)(2)(E)(i)

2. Institution/city where violation occurred: USP Atwater, P.O. Box 019001, Atwater, LA 95301

Revised 3/15/2016          1

**RECEIVED**

JUN 27 2022

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

## B. DEFENDANTS

1. Name of first Defendant: _United States_ . The first Defendant is employed as:
_____ at _____ .
             (Position and Title)                             (Institution)

2. Name of second Defendant: _Warden B.M. Trate_ . The second Defendant is employed as:
_Warden_ at _USP Atwater_
             (Position and Title)                             (Institution)

3. Name of third Defendant: _K. Silva_ . The third Defendant is employed as:
_AHSA_ at _USP Atwater_
             (Position and Title)                             (Institution)

4. Name of fourth Defendant: _25 staff mem. Names unk_ . The fourth Defendant is employed as:
_Correctional Officers_ at _USP Atwater_
             (Position and Title)                             (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner? ☑ Yes ☐ No

2. If yes, how many lawsuits have you filed? _____ . Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _See Docket_ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
_____

   b. Second prior lawsuit:
      1. Parties: _N/A_ v. _N/A_
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
_____

   c. Third prior lawsuit:
      1. Parties: _N/A_ v. _N/A_
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
_____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: _5th Amend. right not to be deprived of life (Health/Safety) due process /8th Amend. right to be free from cruel and unusual punishment inflicted._

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.

   ☐ Basic necessities      ☐ Mail           ☐ Access to the court      ☐ Medical care
   ☐ Disciplinary proceedings   ☐ Property   ☐ Exercise of religion     ☐ Retaliation
   ☐ Excessive force by an officer   ☑ Threat to safety   ☑ Other: _Threat to health (Life)_

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   _Since Dec. 21, 2020, at USP Atwater, COVID-19 outbreaks has spread throughout general inmate population. Because plaintiff is unable to practice 6 ft. social distance from COVID-19 positive inmates/staff and COVID-19 negative inmates/staff, the defendants that tested positive at the prison transmitted the virus to non-infected inmates/staff who contracted COVID-19 and infected others, was deliberately indifferent to the risk of infecting and exposing non-infected prisoners to contracting COVID-19 symptoms and illnesses upon entering the prison environment to work. And due to the defendants negligence and reckless disregard for plaintiff's future health and safety, was the proximate cause of COVID-19 Pandemic spread into USP Atwater prison population exposing plaintiff to the risk of contracting COVID-19 virus (disease) or death. Plaintiff has suffered headaches, due to inhaling toxic fumes from ventilation, coughing/sneezing, pain in muscles and throat and difficulty of breathing. Defendants w/ knowledge violated LOH and Safety Act of 1998, Pub. L. No. 105-370, Nov. 12, 1998, 112 Stat. 3374 & 4014; and failed to protect plaintiffs health and safety. He suffers significant serious imminent irreparable harm present/future due to immediate danger of COVID-19._

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   _Mental and emotional distress/anguish w/ pain and suffering; fear of death and hopelessness; psychological trauma due to staff negligence and reckless disregard for plaintiff's health and safety, while acting under color of law within the scope of their employment by United States._

5. **Administrative Remedies:**

   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?          ☑ Yes   ☐ No

   b. Did you submit a request for administrative relief on Claim I?          ☑ Yes   ☐ No

   c. Did you appeal your request for relief on Claim I to the highest level?          ☑ Yes   ☐ No

   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _See Attached_

## CLAIM II

1. State the constitutional or other federal civil right that was violated: _____
_____

2. **Claim II.** Identify the issue involved.  Check **only one.**  State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
_____
_____
_____

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?     ☐ Yes   ☐ No
   b. Did you submit a request for administrative relief on Claim II?     ☐ Yes   ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level?     ☐ Yes   ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
_____

## CLAIM III

1.  State the constitutional or other federal civil right that was violated: _____
    _____.

2.  **Claim III.** Identify the issue involved.  Check **only one**.  State additional issues in separate claims.
    - ☐ Basic necessities        ☐ Mail          ☐ Access to the court      ☐ Medical care
    - ☐ Disciplinary proceedings  ☐ Property       ☐ Exercise of religion     ☐ Retaliation
    - ☐ Excessive force by an officer   ☐ Threat to safety  ☐ Other: _____.

3.  **Supporting Facts.**  State as briefly as possible the FACTS supporting Claim III.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____

4.  **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).

    _____
    _____
    _____

5.  **Administrative Remedies.**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                    ☐ Yes   ☐ No
    b.  Did you submit a request for administrative relief on Claim III?              ☐ Yes   ☐ No
    c.  Did you appeal your request for relief on Claim III to the highest level?    ☐ Yes   ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
    _____

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

## E. REQUEST FOR RELIEF

State the relief you are seeking:

1. Kompensatory damages from each defendant in the sum of $200,000.00 dollars for mental/emotional distress/future pain and suffering.

2. Punitive damages from each defendant in the sum of $300,000.00 dollars for breach of statutory/constitutional duty to protect plaintiffs health and safety within scope of employment by United States and creating an unsafe and unhealthy prison environment. 18 U.S.C. §4042(a)(2):(E)(i) 18 U.S.C. §242.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __5.21.2022__
                    DATE

                                                          _Reggie L. McCoy_
                                                          SIGNATURE OF PLAINTIFF

_Pro Se Litigant_
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____N/A_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

TRULINCS  11732018 - MCCOY, REGINALD L - Unit: ATW-D-A

---------------------------------------------------------------------------

FROM: Health Services
TO: 11732018
SUBJECT: RE:***Inmate to Staff Message***
DATE: 02/15/2022 12:18:09 PM


Your sick call request has been accepted.  You will be scheduled accordingly.

>>> ~^!"MCCOY, ~^!REGINALD L" <11732018@inmatemessage.com> 2/12/2022 6:00 PM >>>
To: Medical staff
Inmate Work Assignment: Comp.1

I been having headaches, sneezing and coughing a lot. My breath seems short at times and I feel pain in my bones. It seems like toxic is coming from the ventilation in the cell. Could you please check me out. Thank you in advance.

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: FEBRUARY 14, 2022

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      ATWATER USP

TO  : REGINALD L MCCOY, 11732-018
      ATWATER USP     UNT: 4A    QTR: D43-202U
      P.O. BOX 019001
      ATWATER,  CA 95301

FOR THE REASONS LISTED BELOW, THIS ADMINISTRATIVE REMEDY REQUEST
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID       : 1110240-F1      ADMINISTRATIVE REMEDY REQUEST
DATE RECEIVED   : FEBRUARY 11, 2022
SUBJECT 1       : OTHER COMPLAINT AGAINST STAFF
SUBJECT 2       : OTHER MEDICAL MATTERS
INCIDENT RPT NO:

REJECT REASON 1: YOU SUBMITTED YOUR REQUEST OR APPEAL TO THE
                 WRONG LEVEL.  YOU SHOULD HAVE FILED AT THE
                 INSTITUTION,   REGIONAL OFFICE, OR  CENTRAL
                 OFFICE LEVEL.

REJECT REASON 2: SEE REMARKS.

REMARKS         : SUBMIT REQUEST VIA TORT CLAIM

**REQUEST FOR ADMINISTRATIVE REMEDY**

U.S. DEPARTMENT OF JUSTICE

Federal Bureau of Prisons

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: McCoy, Reggie L.                    #11732.018        HA #202        USP Atwater
      LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.          UNIT          INSTITUTION

**Part A- INMATE REQUEST** At USP Atwater staff/inmates are infected w/ COVID-19 virus. I am at risk of exposure and infection. These unconstitutional conditions of confinement violates my 5th Amend. right to be kept safe and healthy required by due process, and 8th Amend. right to be free from cruel/unusual punishment inflicted.

I demand $200,000.00 from each infected COVID-19 virus staff member for negligence, and reckless disregard for my health and safety while acting within the scope of their employ-ment with the United States.

2.5.2022                                    Reggie L. McCoy
DATE                                        SIGNATURE OF REQUESTER

**Part B- RESPONSE**

Rejected

_____            _____
DATE                     WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE        2-11-22        CASE NUMBER: 1110240-F1

                                                CASE NUMBER: _____

**Part C- RECEIPT**

Return to: _____
              LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

SUBJECT: _____

_____                    _____        BP-229(13)
DATE                             RECIPIENT'S SIGNATURE (STAFF MEMBER)      APRIL 1982

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

---

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

**From:** McCoy, Reggie L.    #11732-08    4A 702    USP Atwater
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A- INMATE REQUEST** At USP Atwater Staff/inmates are infected w/ COVID-19 virus. I am at risks of exposure and infection. These unconstitutional conditions of confinement violates my 5th Amend. right to be kept safe and healthy required by due process and 8th Amend. right to be free from cruel/unusual punishment inflicted.

I demand $200,000.00 from each infected COVID-19 virus staff member for negligence and reckless disregard for my health and safety while acting within the scope of their employ- ment with the United States.

7.5.2022                                    Reggie L. McCoy
DATE                                         SIGNATURE OF REQUESTER

**Part B- RESPONSE**

*Rejected*

---

DATE                                         WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**SECOND COPY: RETURN TO INMATE**    2-11-22    CASE NUMBER: 1110246-F1

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CASE NUMBER:

**Part C- RECEIPT**

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____          _____
DATE                    RECIPIENT'S SIGNATURE (STAFF MEMBER)

BP-229(13)
APRIL 1982

**U.S. DEPARTMENT OF JUSTICE**

Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

**From:** _Melton, Reggie S._          _11732-078_      _4/A 70_     _USP Atwater_
        LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.         UNIT        INSTITUTION

**Part A- INMATE REQUEST** _at USP Atwater staff/inmates will have no risk COVID-19 virus, commit risk of exposure and infection, these unconstitutional conditions of confinement violate my 5th Amend. right to be kept safe and healthy required by due process and 8th Amend. right to be free from cruel/unusual punishment inflicted._

_I demand $200,000.00 from each inmate COVID-19 virus staff member for negligence and reckless disregard for my health and safety while acting within the scope of their employment with the United States._

_____          _Reggie S. Melton_
       DATE                      SIGNATURE OF REQUESTER

**Part B- RESPONSE**

Rejected

_____          _____
       DATE                      WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**THIRD COPY: RETURN TO INMATE**          _2-11-22_          CASE NUMBER: _1110500-F1_

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
                                                              CASE NUMBER: _____

**Part C- RECEIPT**

Return to: _____
          LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.        UNIT        INSTITUTION

SUBJECT: _____

_____          _____
       DATE                      RECIPIENT'S SIGNATURE (STAFF MEMBER)

BP-229(13)
APRIL 1982

**U.S. Department of Justice**
Federal Bureau of Prisons

*320 First St., N.W.*
*Washington, DC 20534*
Official Business

CENTRAL OFFICE

TO : REGINALD L MCCOY, 11732-018
ATWATER USP   UNT: 4A   QTR:
P.O. BOX 019001
ATWATER, CA 95301

Hasler
03/15/2022
USPOSTAGE
FIRST-CLASS MAIL
$00.53⁰
US OFFICIAL MAIL
5300 Penalty
For Private Use
ZIP 20534
011D12500014

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: MARCH 7, 2022

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : REGINALD L MCCOY, 11732-018
      ATWATER USP    UNT: 4A    QTR: D43-202U
      P.O. BOX 019001
      ATWATER,  CA 95301

FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU.  YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID       : 1110240-A1    CENTRAL OFFICE APPEAL
DATE RECEIVED   : FEBRUARY 23, 2022
SUBJECT 1       : SAFETY, SANITATION, ENVIRONMENTAL CONDITIONS
SUBJECT 2       : REQUESTS FOR MONETARY COMPENSATION
INCIDENT RPT NO:

REJECT REASON 1: THE ISSUE YOU RAISED IS NOT SENSITIVE. HOWEVER,
                 WE RETAINED YOUR REQUEST/APPEAL ACCORDING TO
                 POLICY.  YOU SHOULD FILE A REQUEST OR APPEAL AT
                 THE APPROPRIATE LEVEL VIA REGULAR PROCEDURES.

REJECT REASON 2: SEE REMARKS.

REJECT REASON 3: YOU MAY RESUBMIT YOUR APPEAL IN PROPER FORM WITHIN
                 10 DAYS OF THE DATE OF THIS REJECTION NOTICE.

REMARKS         : INSTITUTION CONTACTED. RESUBMIT YOUR BP9 AT THAT
                  LEVEL WITHIN 10 DAYS OF RECEIPT OF THIS REJECTION.
                  ATTACH THIS NOTICE.