1
2
3
4
5
6
7
8                   UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   REGINALD L. McCOY,                    No.  1:22-cv-00789-DAD-BAM (PC)

12              Plaintiff,

13        v.                               ORDER ADOPTING FINDINGS AND
                                           RECOMMENDATIONS
14   UNITED STATES, et al.,
                                           (Doc. No. 5)
15              Defendants.

16

17

18        Plaintiff Reginald L. McCoy is a federal prisoner proceeding *pro se* in this civil rights

19   action filed pursuant to 42 U.S.C. § 1983 and the Federal Tort Claims Act, 28 U.S.C. § 1346(b).

20   The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B)

21   and Local Rule 302.

22        On June 28, 2022, the assigned magistrate judge issued findings and recommendations,

23   recommending that plaintiff's application to proceed *in forma pauperis* be denied and that

24   plaintiff be required to pay the $402.00 filing fee in full to proceed with this action.  (Doc. No. 5.)

25   Those findings and recommendations were served on plaintiff and contained notice that any

26   objections thereto were to be filed within fourteen (14) days after service.  (*Id.*)  To date, no

27   objections have been filed with the court and the time in which to do so has now passed.

28   /////

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1.      The findings and recommendations issued on June 28, 2022 (Doc. No. 5) are adopted;

2.      Plaintiff's motion to proceed *in forma pauperis* (Doc. No. 2) is denied;

3.      Within twenty-one (21) days following service of this order, plaintiff shall pay the required $402.00 filing fee in full to proceed with this action; and

4.      Plaintiff's failure to pay the filing fee within the specified time will result in the dismissal of this action.

IT IS SO ORDERED.

Dated:   **August 1, 2022**                                            _____

                                                         UNITED STATES DISTRICT JUDGE